**Order entered April 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00195-CV

**DR. ERIC VANDERWERFF, D.C., Appellant**

**V.**

**TEXAS DEPARTMENT OF INSURANCE-DIVISION OF WORKERS'
COMPENSATION AND COMMISSIONER RYAN BRANNAN, IN HIS OFFICIAL
CAPACITY AND THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,**
Appellees

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-02886**

## ORDER

We **GRANT** appellant's April 22, 2015 first motion to extend time to file brief and

**ORDER** the brief be filed no later than May 26, 2015.


/s/     CRAIG STODDART
        JUSTICE